

# LITTLE MEDEIROS KINDER BULMAN & WHITNEY PC



*Attorneys*

Christopher H. Little *
Matthew F. Medeiros *
Daniel K. Kinder *
John E. Bulman *
Christopher C. Whitney *
Scott K. Pomeroy *
Laura J. Bottaro *
Sara A. Rapport *
R. Thomas Dunn *
Timothy C. Cavazza *
Nicholas P. Brown *
Gary W. Flanagan
Katharine E. Kohm *

John D. Deacon, Jr. *
Thomas M. Madden *
*Of Counsel*

William R. Powers III
(1931-1998)

Thomas C. Keeney
(1946-1999)

*Also admitted in
 Massachusetts

March 1, 2012

BY EMAIL & FAX (508-358-0791)
Mr. Troy Randall (ai3@ai3architects.com)
Ai3 Architects, LLC
526 Boston Post Road
Wayland, MA 01778

BY EMAIL & FAX (617-227-3451)
Mr. James Anderson (anderson@tishman.com)
Tishman Construction Corporation of Massachusetts
84 State Street
Boston, MA 02109

BY EMAIL & FAX (617-376-1519)
Mr. James Timmins (jtimmins@qunicyma.gov)
City Solicitor
City Hall – 3rd Floor
1305 Hancock Street
Quincy, MA 02169

BY EMAIL & FAX (617-376-1074)
Ms. Kathryn R. Hobin (khobin@quincyma.gov)
Purchasing Agent
City of Quincy
1305 Hancock Street
Quincy, MA 02169

Re: **New Quincy Central Middle School Project,
    Quincy, MA**

We represent Merit Construction Alliance ("MCA"), and various of its members, many of which have been prequalified to bid on the New Quincy Central Middle School project (the "Project"). With filed subcontractor bids on Project due next week, MCA and some of its members have been pressing the City of Quincy, its Project architect, Ai3 Architects ("Ai3"), and its OPM, Tishman Construction Corporation, for several days now for clarification on whether or not Quincy intends to enforce its Responsible Employer Ordinance ("REO") on this Project, and its Quincy Resident Employment and Quincy Apprenticeship requirements. The confusion results from the fact that the Prequalification materials for this Project stated that Quincy does intend to

Troy Randall
James Anderson
James Timmins
Kathryn R. Hobin
March 1, 2012
Page 2

enforce these provisions of the Quincy Municipal Code, but the Invitation to Bid, the Instructions to Bidders, and the Form for Filed Sub-Bid make no mention of these requirements.

The enforcement of these requirements is illegal under the recently decided case of *Utility Contractors Association of New England, Inc., et. al. v. City of Fall River,* United States District Court for the District of Massachusetts, Civil Action No. 10-10994-RWZ (October 4, 2011).

The City, Ai3, and Tishman have yet to answer this very simple question. There is no excuse for this delay, as subcontractor bids are due March 8, 2012. Accordingly, we demand that Quincy publicly declare whether it intends to enforce these provisions no later than the close of business tomorrow, March 2, 2012.

Also, requests for clarification have also been submitted and ignored regarding whether Quincy in fact shall require 40 hours of OSHA training, as opposed to the customary 10 hours, see Paragraph I of the Form for Filed Sub-Bids. As you know this is an extraordinary requirement, and again remind you that subcontractor bids are due March 8, 2012. We demand a response to that question by close of business tomorrow, as well.

Sincerely,

Christopher C. Whitney

CCW/lle

cc: Ronald N. Cogliano

F:\Active Files\Merit Construction Alliance RE Quincy REO 2012\Correspondence\LT Quincy 03_01_12.doc

03/01/2012 THU 16:39    FAX 4015213555           LMKBW                                    ☒001

```
                    ***********************
                    *** FAX TX REPORT ***
                    ***********************

                    TRANSMISSION OK

        JOB NO.                  0713
        DEPT. ID                 500
        DESTINATION ADDRESS      15083580791
        PSWD/SUBADDRESS
        DESTINATION ID
        ST. TIME                 03/01 16:38
        USAGE T                  01'08
        PGS.                     2
        RESULT                   OK
```

# LITTLE MEDEIROS
# BULMAN & WHITNEY PC



March 1, 2012

BY EMAIL & FAX (508-358-0791)
Mr. Troy Randall (ai3@ai3architects.com)
Ai3 Architects, LLC
526 Boston Post Road
Wayland, MA  01778

BY EMAIL & FAX (617-227-3451)
Mr. James Anderson (anderson@tishman.com)
Tishman Construction Corporation of Massachusetts
84 State Street
Boston, MA  02109

BY EMAIL & FAX (617-376-1519)
Mr. James Timmins (jtimmins@qunicyma.gov)
City Solicitor
City Hall – 3rd Floor
1305 Hancock Street
Quincy, MA  02169

BY EMAIL & FAX (617-376-1074)
Ms. Kathryn R. Hobin (khobin@quincyma.gov)
Purchasing Agent
City of Quincy
1305 Hancock Street
Quincy, MA  02169

Re:   **New Quincy Central Middle School Project,**
      **Quincy, MA**

We represent Merit Construction Alliance ("MCA"), and various of its

*Attorneys*

Christopher H. Little *
Matthew F. Medeiros *
Daniel K. Kinder *
John E. Bulman *
Christopher C. Whitney *
Scott K. Pomeroy *
Laura J. Bottaro *
Sara A. Rapport *
R. Thomas Dunn *
Timothy C. Cavazza *
Nicholas P. Brown *
Gary W. Flanagan
Katharine E. Kohm *

John D. Deacon, Jr. *
Thomas M. Madden *
*Of Counsel*

William R. Powers III
(1931-1998)

Thomas C. Keeney
(1946-1999)

*Also admitted in
 Massachusetts

03/01/2012 THU 16:41    FAX 4015213555              LMKBW                                    ☒001

```
                        ***********************
                        *** FAX TX REPORT ***
                        ***********************

                        TRANSMISSION OK

            JOB NO.                 0714
            DEPT. ID                500
            DESTINATION ADDRESS     16172273451
            PSWD/SUBADDRESS
            DESTINATION ID
            ST. TIME                03/01 16:40
            USAGE T                 00'45
            PGS.                    2
            RESULT                  OK
```

# LITTLE MEDEIROS KINDER BULMAN & WHITNEY PC



March 1, 2012

BY EMAIL & FAX (508-358-0791)
Mr. Troy Randall (ai3@ai3architects.com)
Ai3 Architects, LLC
526 Boston Post Road
Wayland, MA 01778

BY EMAIL & FAX (617-227-3451)
Mr. James Anderson (anderson@tishman.com)
Tishman Construction Corporation of Massachusetts
84 State Street
Boston, MA 02109

BY EMAIL & FAX (617-376-1519)
Mr. James Timmins (jtimmins@qunicyma.gov)
City Solicitor
City Hall – 3rd Floor
1305 Hancock Street
Quincy, MA 02169

BY EMAIL & FAX (617-376-1074)
Ms. Kathryn R. Hobin (khobin@quincyma.gov)
Purchasing Agent
City of Quincy
1305 Hancock Street
Quincy, MA 02169

Re:   **New Quincy Central Middle School Project,**
      **Quincy, MA**

We represent Merit Construction Alliance ("MCA"), and various of its
members, many of which have been prequalified to bid on the New Quincy

*Attorneys*

Christopher H. Little *
Matthew F. Medeiros *
Daniel K. Kinder *
John E. Bulman *
Christopher C. Whitney *
Scott K. Pomeroy *
Laura J. Bottaro *
Sara A. Rapport *
R. Thomas Dunn *
Timothy C. Cavazza *
Nicholas P. Brown *
Gary W. Flanagan
Katharine E. Kohm *

John D. Deacon, Jr. *
Thomas M. Madden *
*Of Counsel*

William R. Powers III
(1931-1998)

Thomas C. Keeney
(1946-1999)

*Also admitted in
 Massachusetts

03/01/2012 THU 16:47    FAX 4015213555              LMKBW                                    ☒001

```
                    ********************
                    *** FAX TX REPORT ***
                    ********************

                    TRANSMISSION OK

            JOB NO.                  0715
            DEPT. ID                 500
            DESTINATION ADDRESS      16173761519
            PSWD/SUBADDRESS
            DESTINATION ID
            ST. TIME                 03/01 16:46
            USAGE T                  01'00
            PGS.                     2
            RESULT                   OK
```

# LITTLE MEDEIROS KINDER BULMAN & WHITNEY PC



March 1, 2012

BY EMAIL & FAX (508-358-0791)
Mr. Troy Randall (ai3@ai3architects.com)
Ai3 Architects, LLC
526 Boston Post Road
Wayland, MA  01778

BY EMAIL & FAX (617-227-3451)
Mr. James Anderson (anderson@tishman.com)
Tishman Construction Corporation of Massachusetts
84 State Street
Boston, MA  02109

BY EMAIL & FAX (617-376-1519)
Mr. James Timmins (jtimmins@qunicyma.gov)
City Solicitor
City Hall – 3rd Floor
1305 Hancock Street
Quincy, MA  02169

BY EMAIL & FAX (617-376-1074)
Ms. Kathryn R. Hobin (khobin@quincyma.gov)
Purchasing Agent
City of Quincy
1305 Hancock Street
Quincy, MA  02169

*Attorneys*

Christopher H. Little *
Matthew F. Medeiros *
Daniel K. Kinder *
John E. Bulman *
Christopher C. Whitney *
Scott K. Pomeroy *
Laura J. Bottaro *
Sara A. Rapport *
R. Thomas Dunn *
Timothy C. Cavazza *
Nicholas P. Brown *
Gary W. Flanagan
Katharine E. Kohm *

John D. Deacon, Jr. *
Thomas M. Madden *
*Of Counsel*

William R. Powers III
(1931-1998)

Thomas C. Keeney
(1946-1999)

*Also admitted in
 Massachusetts

Re:   **New Quincy Central Middle School Project,
      Quincy, MA**

We represent Merit Construction Alliance ("MCA"), and various of its
members, many of which have been prequalified to bid on the New Quincy

```
03/01/2012 THU 16:53    FAX 4015213555         LMKBW                                @001
┌─────────────────────────────────────────────────────────────────────┐
│                     *********************                            │
│                     *** FAX TX REPORT ***                            │
│                     *********************                            │
│                                                                      │
│                          TRANSMISSION OK                             │
│                                                                      │
│          JOB NO.                    0716                             │
│          DEPT. ID                   500                              │
│          DESTINATION ADDRESS        16173761074                      │
│          PSWD/SUBADDRESS                                             │
│          DESTINATION ID                                              │
│          ST. TIME                   03/01 16:52                      │
│          USAGE T                    00'36                            │
│          PGS.                       2                                │
│          RESULT                     OK                               │
└─────────────────────────────────────────────────────────────────────┘
```

# LITTLE MEDEIROS KINDER BULMAN & WHITNEY PC



March 1, 2012

BY EMAIL & FAX (508-358-0791)
Mr. Troy Randall (ai3@ai3architects.com)
Ai3 Architects, LLC
526 Boston Post Road
Wayland, MA  01778

BY EMAIL & FAX (617-227-3451)
Mr. James Anderson (anderson@tishman.com)
Tishman Construction Corporation of Massachusetts
84 State Street
Boston, MA  02109

BY EMAIL & FAX (617-376-1519)
Mr. James Timmins (jtimmins@qunicyma.gov)
City Solicitor
City Hall – 3rd Floor
1305 Hancock Street
Quincy, MA  02169

BY EMAIL & FAX (617-376-1074)
Ms. Kathryn R. Hobin (khobin@quincyma.gov)
Purchasing Agent
City of Quincy
1305 Hancock Street
Quincy, MA  02169

Re:   New Quincy Central Middle School Project,
      Quincy, MA

We represent Merit Construction Alliance ("MCA"), and various of its
members, many of which have been prequalified to bid on the New Quincy

*Attorneys*

Christopher H. Little *
Matthew F. Medeiros *
Daniel K. Kinder *
John E. Bulman *
Christopher C. Whitney *
Scott K. Pomeroy *
Laura J. Bottaro *
Sara A. Rapport *
R. Thomas Dunn *
Timothy C. Cavazza *
Nicholas P. Brown *
Gary W. Flanagan
Katharine E. Kohm *

John D. Deacon, Jr. *
Thomas M. Madden *
*Of Counsel*

William R. Powers III
(1931-1998)

Thomas C. Keeney
(1946-1999)

*Also admitted in
 Massachusetts