

## ADDENDUM # 3
March 7, 2012

The attention of Bidders submitting proposals for Central Middle School is called to the following changes/corrections/clarifications to the Bidding Contract Documents dated February 13, 2012 as prepared by Ai3 Architects, LLC. The following shall be considered as changes to Information to Bidders, the Conditions of the Contract, Specifications and Drawings of the Contract.

**To the extent applicable, the number of this addendum (Addendum #3) must be entered in the appropriate spaces provided on the Form for General Bid and Form for Sub-Bid.**

   A. **Inquiry has been made whether the city intends to require 40 hours of OSHA tranining, as set forth on Page 3, Paragraph I of the Form for Filed Sub-Bids.**

ANSWER:   NO. The city, by ordinance, requires ten (10) hours of training, and shall enforce that requirement, only. See Paragraph I of Council Order 2010-152, dated May 17, 2010, a copy of which is provided herewith.

   B. **Inquiry has been made, in light of recent case law, how the city intends to enforce its Responsible Employer Ordinance.**

ANSWER:   The city intends to suspend application of the following provisions of the ordinance – Council Order 2010-152 - a copy of which is provided herewith:
   - The last sentence of paragraph C (relative to documented proof of successful apprentice training activity within twelve (12) months prior to the date of submittal)
   - Paragraph E in its entirety
   - Paragraph H in its entirety

   The city will otherwise expect compliance with the provisions of the ordinance, which will be enforced consistent with the provisions of the Massachusetts General Laws, and relevant case law, to the extent applicable.