# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MERIT CONSTRUCTION ALLIANCE;<br>GRASSESCHI PLUMBING & HEATING,<br>INC.; D'AGOSTINO ASSOCIATES, INC.;<br>and DAVID ROSS,<br>     Plaintiffs,<br><br>v.<br><br>CITY OF QUINCY,<br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 1:12-cv-10458 |

## PLAINTIFFS' OBJECTION TO
## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs Merit Construction Alliance ("MCA"), Grasseschi Plumbing & Heating, Inc.

("Grasseschi"), D'Agostino Associates, Inc. ("D'Agostino"), and David Ross hereby object to and

oppose the motion for summary judgment filed by Defendant City of Quincy ("Quincy") (Doc.

#21). In support of this objection and in opposition to Quincy's motion, Plaintiffs rely on their

memorandum of law and statement of facts filed herewith. In further opposition to Quincy's motion,

Plaintiffs also incorporate by reference the memorandum, exhibits, and other papers supporting their cross motion for summary judgment (Docs. #23, #24, and #25).

Respectfully Submitted,

MERIT CONSTRUCTION ALLIANCE;
GRASSESCHI PLUMBING & HEATING,
INC.; D'AGOSTINO ASSOCIATES, INC.; and
DAVID ROSS,

By Their Attorneys,

/s/ Christopher C. Whitney
Christopher C. Whitney (BBO #547104)
cwhitney@lmkbw.com

/s/ Scott K. Pomeroy
Scott K. Pomeroy (BBO #665110)
spomeroy@lmbkw.com
LITTLE MEDEIROS KINDER BULMAN &
WHITNEY, P.C.
72 Pine Street
Providence, RI 02903
(401)272-8080
(401)272-8195 fax

Dated: December 3, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of December, 2012, I caused a true copy of the within Objection to Defendant's Motion for Summary Judgment to be filed electronically with the Court's CM/ECF system and thereby served upon each of the following via email:

James S. Timmons, Esq.
(jtimmins@quincyma.gov)
(jtimmins@cronintimmins.com)
City Solicitor
CITY OF QUINCY
1305 Hancock Street
Quincy, MA 02169


/s/ Christopher C. Whitney