UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MERIT CONSTRUCTION ALLIANCE; GRASSESCHI PLUMBING & HEATING, INC.; D'AGOSTINO ASSOCIATES, INC.; and DAVID ROSS, Plaintiffs, v. CITY OF QUINCY, Defendant. | ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 1:12-cv-10458 |

## PLAINTIFFS' STATEMENT OF FACTS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Other than the parties' factual stipulation (Docs. #22-1 and #26-3), Defendant City of Quincy ("Quincy") appears not to have filed a Local Rule 56.1 statement of undisputed facts in support of its summary judgment motion (Doc. #21).

In opposition to Quincy's motion, Plaintiffs Merit Construction Alliance ("MCA"), Grasseschi Plumbing & Heating, Inc. ("Grasseschi"), D'Agostino Associates, Inc. ("D'Agostino"), and David Ross refer to, and incorporate herein, their previously filed Local Rule 56.1 statement (Doc. #25). The undisputed material facts in this case—as set forth therein—establish the necessary

1

factual basis for this Court to both deny Quincy's motion for summary judgment and grant Plaintiffs' cross motion (Doc. #23).

Respectfully Submitted,

MERIT CONSTRUCTION ALLIANCE; GRASSESCHI PLUMBING & HEATING, INC.; D'AGOSTINO ASSOCIATES, INC.; and DAVID ROSS,

By Their Attorneys,

/s/ Christopher C. Whitney
Christopher C. Whitney (BBO #547104)
cwhitney@lmkbw.com

/s/ Scott K. Pomeroy
Scott K. Pomeroy (BBO #665110)
spomeroy@lmbkw.com
LITTLE MEDEIROS KINDER BULMAN & WHITNEY, P.C.
72 Pine Street
Providence, RI 02903
(401)272-8080
(401)272-8195 fax

Dated: December 3, 2012

# CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of December, 2012, I caused a true copy of the within Statement of Facts in Opposition to Defendant's Motion for Summary Judgment to be filed electronically with the Court's CM/ECF system and thereby served upon each of the following via email:

James S. Timmons, Esq.
(jtimmins@quincyma.gov)
(jtimmins@cronintimmins.com)
City Solicitor
CITY OF QUINCY
1305 Hancock Street
Quincy, MA 02169

/s/ Christopher C. Whitney