UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MERIT CONSTRUCTION ALLIANCE;<br>GRASSESCHI PLUMBING & HEATING,<br>INC.; D'AGOSTINO ASSOCIATES, INC.;<br>and DAVID ROSS,<br>    Plaintiffs,<br><br>v.<br><br>CITY OF QUINCY,<br>    Defendant. | C.A. No. 1:12-cv-10458 |

## MOTION FOR ATTORNEYS' FEES

Pursuant to Rule of Civil Procedure 54(d)(2), 42 U.S.C. § 1988, and 29 U.S.C. § 1132(g)(1), Plaintiffs Merit Construction Alliance ("MCA"), Grasseschi Plumbing & Heating, Inc. ("Grasseschi"), D'Agostino Associates, Inc. ("D'Agostino"), and David Ross (collectively "Plaintiffs"), hereby move for an award of attorneys' fees. Plaintiffs, the prevailing parties in this litigation, seek an award of attorneys' fees against Defendant City of Quincy ("Quincy").

In support of this motion, Plaintiffs rely on their memorandum of law, the Affidavit of Christopher C. Whitney, the Affidavit of Kevin M. Jones, and supporting exhibits, all filed herewith.

For the reasons set forth in the Plaintiffs' memorandum and other supporting papers, the Court should award Plaintiffs their reasonable attorneys' fees of $81,007.85 in this action.

PLAINTIFFS MERIT CONSTRUCTION ALLIANCE; GRASSESCHI PLUMBING & HEATING, INC.; D'AGOSTINO ASSOCIATES, INC.; and DAVID ROSS,

By Their Attorneys,

/s/ Christopher C. Whitney
Christopher C. Whitney (BBO #547104)
(cwhitney@lbmwlaw.com)

/s/ Scott K. Pomeroy
Scott K. Pomeroy (BBO #665110)
(spomeroy@lbmwlaw.com)
LITTLE BULMAN MEDEIROS & WHITNEY, P.C.
72 Pine Street
Providence, RI  02903
(401) 272-8080
(401) 272-8195 fax


Dated: March 8, 2013

## CERTIFICATE OF SERVICE

  I hereby certify that on this 8th day of March, 2013, I caused a true copy of the within Motion for Attorneys' Fees to be filed electronically with the Court's CM/ECF system and thereby served upon each of the following via email:

James S. Timmons, Esq.
(jtimmins@quincyma.gov)
(jtimmins@cronintimmins.com)
City Solicitor
CITY OF QUINCY
1305 Hancock Street
Quincy, MA 02169

                /s/ Christopher C. Whitney