# Exhibit B

# LITTLE BULMAN MEDEIROS & WHITNEY PC



# 401.272.8080

## Scott K. Pomeroy 

**Partner**

spomeroy@lbmwlaw.com

(401) 272-8080/Ext. 239

### Areas of Practice

Business Dispute Resolution
Construction Law

### Experience



Scott's practice focuses on business dispute resolution in federal and state courts as well as litigation arising out of construction project disputes. He has represented businesses and individuals in cases involving contractual and fiduciary breaches, unfair trade practices, employment discrimination, CERCLA indemnification and contribution claims, professional negligence, trademark and patent infringement, as well as various tax, regulatory, and zoning issues.

In addition, Scott has also represented owners, contractors, and design professionals in litigation concerning a variety of public and private construction projects. He has experience in cases dealing with design-build issues, Miller Act claims, challenges to union-only project labor agreements, and the enforcement of mechanics' liens.

Scott has helped to secure favorable results for numerous clients in administrative hearings, mediations, arbitrations, pre-trial proceedings, trials, and appeals.

Prior to joining the firm in 1998, Scott was an attorney at King & Spalding in Atlanta, Georgia, where he concentrated in products liability litigation.

### Education

B.A., University of Miami, 1993
J.D., Emory University School of Law, 1996 (*Emory Law Journal*, Articles Editor)

### Bar Admissions

Florida (1996)
Georgia (1996)
Rhode Island (1999)
Massachusetts (2005)
Federal Court (U.S. District Court for the Districts of Rhode Island and Massachusetts)
U.S. Courts of Appeals for the First and Eleventh Circuits

## Reported Cases

*Pardee v. Consumer Portfolio Services, Inc.,* 344 F. Supp. 2d 823 (D.R.I. 2004) (contractual indemnity/breach of contract)

*John T. Callahan & Sons, Inc. v. Dykeman Electric Co., Inc.,* 266 F. Supp. 2d 208 (D. Mass. 2003)(construction)

*Vencor Hospitals v. Blue Cross Blue Shield of Rhode Island,* 284 F.3d 1174 (11th Cir. 2002)(insurance policy coverage/Medicare regulation)

*Zinno v. Patenaude,* 770 A.2d 849 (R.I. 2001)(retaliatory discharge/whistle-blower claim)

## Authored Articles/Publications

Co-Author - "The Uniform Commercial Code and Construction Law: The Possible Applicability of Article 2," Construct!, ABA Section of Litigation, Construction Litigation Committee, Vol. 19 No. 2, Summer/Fall 2010

Co-Author - "The Fundamentals of Construction Contracts: Understanding the Issues in Rhode Island," (Lorman Education Services, May 2005)

Co-Author - "Public Contract Code and Competitive Public Bidding in Rhode Island," (Lorman Education Services, May 2005)

Co-Author - "Horns of a Dilemma: Too Much Involvement in Worksite Safety Can Backfire on Design Professionals," 21 The Construction Lawyer 5 (Spring 2001)

Author - "Promoting the Progress of Science and the Useful Arts in the Digital Domain: Copyright, Computer Bulletin Boards, and Liability for Infringement by Others," 45 Emory Law Journal 1035 (1996)

©Copyright 2009 - All Rights Reserved • Little Bulman Medeiros & Whitney PC • 72 Pine Street Providence, RI 02903 • Voice: 401.272.8080

Attorney Advertising. Please read our Disclaimer. Sitemap