UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MERIT CONSTRUCTION ALLIANCE;  )
GRASSESCHI PLUMBING & HEATING, )
INC.; D'AGOSTINO ASSOCIATES, INC.; )
and DAVID ROSS, ) C.A. No. 1:12-cv-10458
    Plaintiffs, )
  )
v. )
  )
CITY OF QUINCY, )
    Defendant. )

### AFFIDAVIT OF KEVIN M. JONES
### IN SUPPORT OF MOTION FOR ATTORNEYS' FEES

I, Kevin M. Jones, being duly sworn, depose and say as follows:

1. I am over the age of eighteen (18).

2. I am the financial controller and a corporate officer of Grasseschi Plumbing & Heating, Inc. ("Grasseschi"), one of the Plaintiffs in this lawsuit. In my professional capacity, I have personal knowledge of the information set forth in this Affidavit.

3. Grasseschi is the sponsor of a 401(k) pension plan for its employees. This plan is separately administered by a third-party fiduciary and is governed by the Employee Retirement and Security Act of 1974 ("ERISA").

4. Grasseschi is also the sponsor of voluntary health and dental benefit plans for its employees. These plans are separately administered by a third-party fiduciary and are governed by ERISA.

5. David Ross, one of the Plaintiffs in this lawsuit, is, and at all relevant times during this litigation has been, an employee Grasseschi who is eligible to participate in Grasseschi's

1

401(k) pension plan and its health and dental plans. Mr. Ross is, and at all relevant times during this litigation has been, a participant in Grasseschi's 401(k) pension plan.

6. Accordingly, Mr. Ross is a participant in an ERISA plan entitled to seek recovery of attorneys' fees in this action pursuant to 29 U.S.C. § 1132(g)(1).

_____
Kevin M. Jones

STATE OF
COUNTY OF

On this __/__ day of March, 2013, before me, the undersigned notary public, personally appeared Kevin M. Jones, personally known to the notary, who swore or affirmed to the notary, that the contents of this document are truthful and accurate to the best of his knowledge and belief.

_____
Notary Public
My Commission Expires

MAUREEN A. DUPRE
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
October 3, 2019

## CERTIFICATE OF SERVICE

      I hereby certify that on this 8th day of March, 2013, I caused a true copy of the within Affidavit to be filed electronically with the Court's CM/ECF system and thereby served upon each of the following via email:

James S. Timmons, Esq.
(jtimmins@quincyma.gov)
(jtimmins@cronintimmins.com)
City Solicitor
CITY OF QUINCY
1305 Hancock Street
Quincy, MA 02169

                                                  /s/ Christopher C. Whitney