UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MERIT CONSTRUCTION ALLIANCE;
GRASSESCHI PLUMBING & HEATING,
INC.; D'AGOSTINO ASSOCIATES, INC.;
and DAVID ROSS,
    Plaintiffs,

v.

CITY OF QUINCY,
    Defendant.

C.A. No. 1:12-cv-10458

## MOTION TO STRIKE AFFIDAVIT

The city of Quincy ("Quincy") hereby moves this honorable court for an order striking from the record the Affidavit of Kevin M. Jones, filed as Document 35-7, long after the close of the evidentiary record in this matter in support of a motion for attorneys' fees.

In support of this motion, Quincy states that the only issues requiring new information at this time are: (i) those governed by Fed. R. Civ. P. 54 (d)(2); (ii) a lodestar analysis. Affidavits of counsel, and the time sheets provided, are the only new material appropriately submitted when seeking attorneys' fees. To the extent that the parties argue entitlement to fees under 42 U.S.C. § 1988 and 29 U.S.C. § 1132(g)(1), they must reference the record before the court; plaintiffs may not now seek to enlarge that record unfairly by submitting information not previously provided to, or reviewed by, counsel for Quincy.

For this reason, the city of Quincy asks that this motion be stricken from the record, and not considered by the court in determining the motion for legal fees.

By its attorney,

*James S. Timmins* BBO # 547512
City Solicitor
City of Quincy
1305 Hancock Street
Quincy MA 02169
(617) 376-0700
jtimmins@quincyma.gov

## CERTIFICATION OF SERVICE

I hereby certify that I have filed this document through the ECF system, which provides for electronic service on registered participants; counsel for all parties are so registered, and will be identified in the Notice of Electronic Filing.

*James S. Timmins*